## Steve Kalanovsky and Bent Lavi, Appellants, v. Jacob Seppala, Appellee.

Gen. No. 10,074.

opinion filed April 18, 1946; rehearing denied October 3, 1946; released for publication October 3, 1946. Joseph A. Jadrich, for appellants; Seymour A. Greenblatt, for appellee. Opinion by Presiding Justice Wolfe. **Not to be published in full.**